■ AMELIE TRAHANT, Respondent, v 82 HORATIO OWNERS, LTD., et al., Appellants. [918 NYS2d 876]—

Supreme Court properly denied defendants' summary judgment motions to dismiss this personal injury action where triable issues of material fact remain as to which defendants owed a duty of care, and, as to whether plaintiff provided prior notice of the dangerous condition that resulted in the underlying accident and injury (*Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). Concur—Saxe, J.P., Friedman, Acosta, DeGrasse and Richter, JJ.